**German L. MATTHEWS, Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 05–7183.

United States Court of Appeals, Federal Circuit.

April 6, 2006.

Rehearing Denied April 27, 2006.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

### *Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.